AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Michael John Rathbun | ) | Case No. |
| | ) | 20-mj-3061 (KAR) |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  April 2, 2020  in the county of  Hampden  in the  District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 844(d) and 844(i) | Interstate transportation and receipt of explosive with intent to kill, injure, and intimidate any individual, and to damage and destroy any property; Attempt to damage and destroy any property used in interstate commerce by means of fire and explosive. |

This criminal complaint is based on these facts:

See attached Affidavit of Ryan Mcgonigle, sworn to telephonically on April 15, 2020.

☐ Continued on the attached sheet.

/s/ Ryan Mcgonigle
*Complainant's signature*

Ryan Mcgonigle, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/15/2020

/s/ Katherine A. Robertson
*Judge's signature*

City and state: Longmeadow, MA / Conway, MA

Katherine A. Robertson, U.S. Magistrate Judge
*Printed name and title*