✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

|  |  |
|---|---|
| DISTRICT OF | Massachusetts |

| USA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. |  |
| John Michael Rathun | Case Number:   20-mj-3161-KAR |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Katherine A. Robertson | Steven Breslow/Risa Berkower | Timothy Watkins |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/29/2020 | Sarah Mubarek | Melissa M. Rivera |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 4/29/2020 | Yes | Yes | Criminal Complaint and Supporting Affidavit (D.1) |
| 2 |  | 4/29/2020 | Yes | Yes | Longmeadow Police Department Report, No. 20LON-288-OF (with photographs) |
| 3 |  | 4/29/2020 | Yes | Yes | Massachusetts State Police ("MSP") Criminalistics Report, No. 20-0766 |
| 4 |  | 4/29/2020 | Yes | Yes | MSP DNA Lab Test, No. 20-07766 |
| 5 |  | 4/29/2020 | Yes | Yes | MSP CODIS Hit Notification, No. 20-07766 |
| 6 |  | 4/29/2020 | Yes | Yes | MSP DNA Testing Report 2, No. 20-07766 |
| 7 |  | 4/29/2020 | Yes | Yes | Affidavit of Daniel Marshall, Scepter |
|  |  |  |  |  |  |
| 9 |  | 4/29/2020 | Yes | Yes | Google Map: Jewish Geriatric Services, Inc. ("JGS") Campus |
| 10 |  | 4/29/2020 | Yes | Yes | Google Street view:  Converse Street Entrance to JGS Campus |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  | 4/29/2020 |  |  | Testimony of FBI Special Agent Derek Boucher |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    1    Pages