UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN MICHAEL RATHBUN,<br><br>Defendant | Criminal No. 20cr30018<br><br>Violations:<br><br>Count One: Attempt to Transport and Receive, and Transportation and Receipt of, an Explosive; Aiding and Abetting<br>(18 U.S.C. §§ 844(d) and 2)<br><br>Count Two: Attempt to Damage and Destroy Buildings, Vehicles, and Real and Personal Property by Fire and Explosive; Aiding and Abetting<br>(18 U.S.C. §§ 844(i) and 2)<br><br>Special Finding: Selection of Object of the Offense Because of the Perceived Race, Religion, and National Origin of Any Person<br>(U.S.S.G. § 3A1.1(a)) |

INDICTMENT

At all times relevant to this Indictment:

General Allegations

1. The defendant, JOHN MICHAEL RATHBUN ("RATHBUN"), was a resident of East Longmeadow, Massachusetts.

2. Jewish Geriatric Services Lifecare, Inc. ("JGS") was a non-profit organization located at 770 Converse Street in Longmeadow, Massachusetts. JGS's stated mission was to improve the physical, spiritual, and emotional health of individuals and families by providing a comprehensive range of health, education, and social services guided by Jewish traditions and

1

values.  The JGS Longmeadow campus consisted of several different facilities, all of which provided health care and housing to elderly people of all faiths.  Among these facilities, Genesis House provided more than 100 rentals for independent senior living housing subsidized by the U.S. Department of Housing and Urban Development.  JGS's website advertised that its Genesis House residents "can enjoy the lovely landscaped grounds," as well as other amenities.  JGS was located within one square mile of several other Jewish facilities, including three Jewish temples, a Jewish private school, and a Jewish Community Center.

      3.     Scepter Manufacturing, LLC ("Scepter") manufactured, among other items, rugged plastic fuel containers.  Scepter manufactured its fuel containers in two facilities located in Oklahoma and Ontario, Canada.  Scepter did not manufacture any fuel containers in Massachusetts and has never done so.

      4.     On the morning of April 2, 2020, the Longmeadow Police Department discovered a homemade incendiary device on or around the landscaped grounds of JGS, next to its primary driveway entrance, within feet of a widely used pedestrian walkway along Converse Street, and approximately 50 yards from Genesis House.  The device consisted of a five-gallon Scepter fuel canister, approximately one-third filled with gasoline, and a partially charred Christian religious pamphlet in the nozzle of the canister.

## COUNT ONE
Attempt to Transport and Receive, and Transportation and Receipt of, an Explosive;
Aiding and Abetting
(18 U.S.C. §§ 844(d) and 2)

The Grand Jury charges:

5. The Grand Jury re-alleges and incorporates by reference paragraphs 1 – 4 of this Indictment.

6. On or about April 2, 2020, in Longmeadow and elsewhere in the District of Massachusetts, and elsewhere, the defendant,

JOHN MICHAEL RATHBUN,

did attempt to transport and receive, and did transport and receive, in interstate and foreign commerce, an explosive, with the knowledge and intent that it would be used to kill, injure, and intimidate any individual and unlawfully damage and destroy any building, vehicle, and other real and personal property.

All in violation of Title 18, United States Code, Sections 844(d) and 2.

COUNT TWO
Attempt to Damage and Destroy Buildings, Vehicles,
and Real and Personal Property by Fire and Explosive;
Aiding and Abetting
(18 U.S.C. §§ 844(i) and 2)

The Grand Jury further charges:

7. The Grand Jury re-alleges and incorporates by reference paragraphs 1 – 4 of this Indictment.

8. On or about April 2, 2020, in Longmeadow and elsewhere in the District of Massachusetts, and elsewhere, the defendant,

JOHN MICHAEL RATHBUN,

did maliciously attempt to damage and destroy, by means of fire and an explosive, any building, vehicle, and other real and personal property used in interstate and foreign commerce and in any activity affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 844(i) and 2.

### SPECIAL FINDING
Selection of Object of the Offense Because of the
Perceived Race, Religion, and National Origin of Any Person
(U.S.S.G. § 3A1.1(a))

9. The Grand Jury re-alleges and incorporates by reference paragraphs 1 – 4, 6, and 8 of this Indictment, and further charges: The defendant, JOHN MICHAEL RATHBUN, intentionally selected JGS, its property, its employees, and its residents as the object of the offenses charged in Counts One and Two because of the actual and perceived race, religion, national origin, and ethnicity of any person.

A TRUE BILL

_____
FOREPERSON


_____
STEVEN H. BRESLOW
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS


District of Massachusetts: June 23, 2020
Returned into the District Court by the Grand Jurors and filed.

 Dawn M. King 2:54pm_____
DEPUTY CLERK

6