JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**   Category No. **II**   Investigating Agency **FBI**

City **Longmeadow**

County **Hampden**

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   **20-mj-03061-KAR**
Search Warrant Case Number   **20-mj-03060-KAR**
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: **John Michael Rathbun**   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) **Longmeadow, MA**

Birth date (Yr only): **1983**   SSN (last4#): **6444**   Sex: **<**   Race: **White**   Nationality: **USA**

Defense Counsel if known: **Asst. Fed. Def. Timothy Watkins**   Address: **Fed. Def. Of Western Mass. Satellite Office**

Bar Number: _____   **116 Pleasant Street, Suite 430**
**Easthampton, MA 01027**

**U.S. Attorney Information:**

AUSA: **Steven H. Breslow**   Bar Number if applicable _____

Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

Arrest Date: _____

☑ Already in Federal Custody as of **04/17/2020** in **Wyatt Correctional Center**
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☑ Indictment

Total # of Counts:   ☐ Petty   ☐ Misdemeanor   ☑ Felony **2**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **06/23/2020**   Signature of AUSA: _/s/_

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   John Michael Rathbun

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 844(d) and 2 | Attempted Transportation and Receipt of Explosives | 1 |
| Set 2 | 18 USC 844(i) and 2 | Attempted Damage / Destruction By Fire and Explosive | 2 |
| Set 3 | USSG 3A.1.1(a) | Selection of Offense Object Based Upon Race, Religion | -- |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013