UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 20-30018-MGM |
| | ) | |
| JOHN RATHBUN | ) | |

## **NOTICE OF ALIBI**

Pursuant to Fed. R. Crim. P. 12.1(a)(2), defendant hereby gives notice of his intended alibi defense. At the time of the offenses alleged, Rathbun was at the following locations:

- Traveling by car from E Longmeadow to the East Springfield and Indian Orchard neighborhoods of Springfield;

- 90 El Paso Street, Springfield, Massachusetts and vicinity;

- 72 Glenmore St., Springfield, Massachusetts and vicinity;

- Traveling by car from the East Springfield and Indian Orchard neighborhoods of Springfield.

Defendant intends to rely on some, but not necessarily all, of the following witnesses to establish his presence at locations other than the place of the charged offense:

- Keeper of the Records, Verizon Wireless;

- One or more practitioners in the field of Cellular Telephone Site Location Information Analysis;

- Devin Austin, Springfield, Massachusetts;

- Gabriel Martinez, Springfield Massachusetts.

Defendant reserves the right to supplement this Notice as facts and further investigation warrant.

JOHN RATHBUN
By his attorney,


/s/ Timothy G. Watkins
Timothy G. Watkins
Federal Defender Office
51 Sleeper Street, Fifth Floor
Boston, MA  02210
Tel: 617-223-8061


## CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 28, 2020.

/s/ Timothy G. Watkins
Timothy G. Watkins