➥AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

For the   DISTRICT OF   Massachusetts

USA

V.

John Micheal Rathbun

## EXHIBIT AND WITNESS LIST

Case Number:  3:20-cr-30018

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark G. Mastroianni | Neil Desroches/Risa Berkower | Timothy G. Watkins/O'Neil-Greenberg |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/09/2020 | Alice Moran | Christina Rivera |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | PX 7 | 11/12/2020 | X | X |  |
|  | PX 9 |  |  |  |  |
|  | PX 10 | 11/12/2020 | X | X |  |
|  | X | 11/12/2020 |  |  | Gov't Witness #1:  Michael Nothe |
| 104 |  | 11/12/2020 | X | X | Government's Exhibit PX 104 introduced by Defense. |
|  | X | 11/12/2020 |  |  | Gov't Witness #2: Gary Fontaine |
|  | PX 11 | 11/12/2020 | X | X |  |
|  | PX 12 | 11/12/2020 | X | X |  |
|  | PX 13 | 11/12/2020 | X | X |  |
|  | PX 14 | 11/12/2020 | X | X |  |
|  | PX 15 | 11/12/2020 | X | X |  |
|  | PX 16 | 11/12/2020 | X | X |  |
|  | PX 17 | 11/12/2020 | X | X |  |
|  | PX 18 | 11/12/2020 | X | X |  |
|  | 1 | 11/12/2020 | X | X | Yellow Gas Tank |
|  | 2 | 11/12/2020 | X | X | Phamlet |
|  | PX 21 | 11/12/2020 | X | X |  |
|  | PX 22 | 11/12/2020 | X | X |  |
|  | PX 23 | 11/12/2020 | X | X |  |
|  | PX 24 | 11/12/2020 | X | X |  |
|  | PX 25 | 11/12/2020 | X | X |  |
|  | PX 26 | 11/12/2020 | X | X |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages