

U.S. Department of Justice

**Andrew E. Lelling**
United States Attorney
District of Massachusetts

*Main Reception: (617) 748-3100*

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

December 11, 2020

BY ECF (w/o enclosures)

Timothy Watkins, Esq.
Assistant Federal Defender
Federal Public Defender Office
District of Massachusetts
51 Sleeper Street, 5th Floor
Boson, MA 02210

      Re:    *United States v. John Michael Rathbun*
               Case No. 20-CR-30018-MGM

Dear Counsel:

      On November 3, 2020, the Government provided you, *inter alia*, with the case report of MSP Trooper Sarah G. Thompson concerning her fingerprint analysis of the device, but informed you that the Government did not intend to call Trooper Thompson as a witness. D.138.

      I write to inform you that the Government now does expects to call Trooper Thompson as a witness concerning her analysis and that, accordingly, on December 10, 2020, the Government provided you the complete file folder for her report by USAFx. The Government will supplement this letter with a formal notice of expert disclosure.

      Please contact me if you have any questions or further requests.

                                            Very truly yours,

                                            ANDREW E. LELLING
                                            United States Attorney

                         By:    *Steven H. Breslow*
                                STEVEN H. BRESLOW
                                Assistant U.S. Attorney

Encl.