

**U.S. Department of Justice**

*Andrew E. Lelling*
United States Attorney
District of Massachusetts

*Main Reception: (617) 748-3100*

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

December 11, 2020

BY FEDERAL EXPRESS (with enclosures)
BY ECF (w/o enclosures)

Timothy Watkins, Esq.
Assistant Federal Defender
Federal Public Defender Office
District of Massachusetts
51 Sleeper Street, 5th Floor
Boson, MA 02210

    Re:    *United States v. John Michael Rathbun*
                Case No. 20-CR-30018-MGM

Dear Counsel:

    I write in furtherance of the Government's November 8, 2020 letter from Assistant United States Attorney Neil Desroches, which memorialized your conversation with him on November 2, 2020 concerning discovery in this case.

    During that conversation, you discussed discovery relating to the FBI's investigation of alleged white supremacist and anti-Semitic online activity, including threats against a Jewish nursing home in Longmeadow, Massachusetts. As the Government has stated in several court hearings and filings in this case, although the FBI has investigated whether there are connections between that online activity and the defendant, the Government has not still not identified any such connection beyond the location and date of the defendant's placement of the device.

    The discovery relating to the online white supremacist activity referenced above is voluminous. On several occasions throughout the course of this case, you have stated that you did not want copies of that discovery due to the apparent absence of a connection between the online white supremacist activity and your client. In your conversation with AUSA Desroches on November 2, you reiterated that position and acknowledged that this discovery has nonetheless been made available to you for review.

    The Government did not introduce any of this evidence in the trial, although the defendant

.

elicited certain information during his own testimony. At the re-trial, the Government still does not intend to introduce in its case in chief any material obtained through that portion of the FBI's investigation. In an abundance of caution, however, please find enclosed a copy of the search warrant response from Discord. This material will be labeled in the Government's discovery log as RATHBUN_005544.

In addition, please find enclosed a victim impact statement dated April 16, 2020 from JGS's Susan Goldsmith, a copy of which (with her name redacted) was previously provided to you and the Court as part of the detention hearing in this case.

Please contact me if you have any questions or further requests.

          Very truly yours,

          ANDREW E. LELLING
          United States Attorney

By:   *Steven H. Breslow*
      STEVEN H. BRESLOW
      Assistant U.S. Attorney

Encl.