UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN MICHAEL RATHBUN,<br><br>    Defendant. | Criminal No. 20-30018-MGM |

## **JURY VERDICT**

### COUNT 1 — 18 U.S.C §§ 844(d), 2
Attempt To Transport And Receive, And Transportation And Receipt Of, An Explosive; Aiding And Abetting

As to **Count 1** of the superseding indictment charging attempt to transport or receive, or transportation or receipt of, an explosive, or aiding or abetting the commission of this crime, on or about April 2, 2020, we the jury find the Defendant, John Michael Rathbun:

    **Not Guilty:** _____   or   **Guilty:** _____

### COUNT 2 — 18 U.S.C §§ 844(i), 2
Attempt To Damage And Destroy Buildings, Vehicles, And Real And Personal Property By Fire And Explosive; Aiding And Abetting

As to **Count 2** of the superseding indictment charging attempt to damage or destroy buildings, vehicles, or real or personal property by fire or explosive, or aiding or abetting the commission of this crime, on or about April 2, 2020, we the jury find the Defendant, John Michael Rathbun:

    **Not Guilty:** _____   or   **Guilty:** _____

## COUNT 3 — 18 U.S.C § 1001(a)(2)
### FALSE STATEMENTS

As to **Count 3** of the superseding indictment charging the making of a false statement that (1) he was not familiar with the location on Converse Street where the fuel can device was placed, and/or (2) he had not left his house in the past two weeks because of the COVID-19 pandemic, we the jury find the Defendant, John Michael Rathbun:

Statement (1):  **Not Guilty:** _____   or   **Guilty:** _____

Statement (2):  **Not Guilty:** _____   or   **Guilty:** __X__

The foregoing represents the unanimous decision of the jury.

11/23/2020

Date

_[signature]_

Foreperson of the Jury