UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN MICHAEL RATHBUN,

    Defendant.

Criminal No. 20-30018-MGM

## JURY VERDICT

### COUNT 1 — 18 U.S.C §§ 844(d), 2
ATTEMPT TO TRANSPORT AND RECEIVE, AND TRANSPORTATION AND RECEIPT OF, AN EXPLOSIVE; AIDING AND ABETTING

As to **Count 1** of the superseding indictment charging attempt to transport or receive, or transportation or receipt of, an explosive, or aiding or abetting the commission of this crime, on or about April 2, 2020, we the jury find the Defendant, John Michael Rathbun:

Not Guilty: _____     or     Guilty: __X__

1

## COUNT 2 — 18 U.S.C §§ 844(i), 2
### ATTEMPT TO DAMAGE AND DESTROY BUILDINGS, VEHICLES, AND REAL AND PERSONAL PROPERTY BY FIRE AND EXPLOSIVE; AIDING AND ABETTING

As to **Count 2** of the superseding indictment charging attempt to damage or destroy buildings, vehicles, or real or personal property by fire or explosive, or aiding or abetting the commission of this crime, on or about April 2, 2020, we the jury find the Defendant, John Michael Rathbun:

**Not Guilty:** _____    or    **Guilty:** \_\_X\_\_\_

The foregoing represents the unanimous decision of the jury.

\_\_June 15, 2021\_\_\_  
Date

\_\_\_\_[signature]_____  
Foreperson of the Jury

2