## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | NO. 20-CR-30018-MGM |
| | ) | |
| **JOHN RATHBUN** | ) | |

### MOTION TO FILE DEFENDANT'S SENTENCING MEMORANDUM AND EXHIBITS UNDER SEAL

Mr. John Rathbun, the defendant in the above-captioned case, respectfully moves this Court, through counsel, to allow counsel to file his sentencing memorandum and relevant exhibits under seal. As grounds therefor, the defendant submits that the memorandum, as well as certain exhibits, contain the defendant's private medical information and the defendant's privacy rights outweigh the public's interest in access to the information to be disclosed.

Respectfully submitted,

John Rathbun

By: */s/Forest O'Neill-Greenberg*
Forest O'Neill-Greenberg
BBO #674760
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210

### CERTIFICATE OF SERVICE

I, Forest O'Neill-Greenberg, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 11, 2022.

*/s/ Forest O'Neill-Greenberg*
Forest O'Neill-Greenberg