UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 20-30018-MGM |
| | ) | |
| JOHN RATHBUN | ) | |

## NOTICE OF APPEAL

Defendant, John Rathbun, hereby gives notice that he appeals to the United States Court of Appeals for the First Circuit from the final Judgment entered on March 10, 2022.

        JOHN RATHBUN
        By his attorneys,


        /s/ Timothy G. Watkins
        Timothy G. Watkins
        Forest J. O'Neill-Greenberg
        Federal Defender Office
        51 Sleeper Street, 5th Floor
        Boston, MA 02210
        Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 17, 2022.

        /s/ Timothy G. Watkins
        Timothy G. Watkins