# United States Court of Appeals
## For the First Circuit

No. 22-1192

UNITED STATES OF AMERICA,

Appellee,

v.

JOHN MICHAEL RATHBUN,

Defendant, Appellant.

**JUDGMENT**

Entered: April 5, 2024

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:  Judith H. Mizner, Timothy G. Watkins, Donald Campbell Lockhart, Randall Ernest Kromm, Steven Harley Breslow, John Michael Rathbun